Brad **BIGALKE**, Appellant,

v.

State of **MINNESOTA DEPARTMENT OF VETERANS AFFAIRS;** and **AFSCME Council 5 AFL–CIO,** Appellees.

No. 10–3303.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 8, 2011.

Filed: Feb. 11, 2011.

█

Brad Bigalke, Little Falls, MN, pro se.

Sarah Ann McGee, Assistant Attorney General, Attorney General's Office, St. Paul, MN, Gregg Marlowe Corwin, Cristina Parra Herrera, Gregg M. Corwin & Associates, St. Louis Park, MN, for Appellees.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

█

PER CURIAM.

Brad Bigalke appeals the district court's[1] final judgment dismissing with prejudice his claims of Americans With Disabilities Act violations by the State of Minnesota Department of Veterans Affairs and breach of the duty of fair representation by AFSCME Counsel 5, AFL–CIO, and dismissing without prejudice his remaining state law claims. Upon careful review, *see Gibson v. Weber,* 433 F.3d 642, 647 (8th Cir.2006) (abuse-of-discretion review of decision not to exercise supplemental jurisdiction); *Luney v. SGS Auto.*

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

*Servs., Inc.,* 432 F.3d 866, 867 (8th Cir. 2005) (de novo review of grant of motion to dismiss), we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B.